**Michael W. MCRAE, Plaintiff–Appellant,**

v.

**State of MARYLAND; Maryland Classified Employees' Association, Incorporated, Defendants–Appellees.**

No. 01–1188.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Michael W. McRae, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michel W. McRae appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See McRae v. Maryland,* No. CA–00–3724–S (D.Md. Jan. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*